**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael GILBERT, a/k/a Tracy, a/k/a
Roy Smith, Defendant–Appellant.**

**No. 13–6554.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 29, 2013.

Decided: Sept. 4, 2013.

Michael Gilbert, Appellant Pro Se. Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Gilbert appeals the district court's order denying his motion for reduction of sentence, pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no abuse of discretion by the district court. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gilbert,* No. 3:97–cr–00352–REP–2 (E.D.Va. Mar. 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*